In the Matter of Acquiring Title by the CITY OF NEW YORK, Respondent, to Certain Premises on the Southerly Side of East 63d Street in the Borough of Manhattan.

WALTERS PIANO COMPANY, Appellant.

*Appeal — unanimous affirmance of order making award in condemnation proceedings — appeal dismissed.*

*Matter of City of New York (East 63d St. School Site),* 191 App. Div. 892, appeal dismissed.

(Submitted March 1, 1922: decided March 21, 1922.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered February 27, 1920, which unanimously affirmed an order of Special Term awarding compensation for land taken in condemnation proceedings.

*I. E. Bermant* and *Henry Herz* for appellant.

*John P. O'Brien, Corporation Counsel (Charles J. Nehrbas* and *Henry W. Mayo* of counsel), for respondent.

Appeal dismissed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.